AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

FILED

SEP 0 6 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>**contents/records relating to Google, Inc. account<br>"motherday201720172016@gmail.com"<br>more fully described in Att. A** | )<br>)<br>)<br>)<br>)<br>)    Case No.  18-MJ-7154 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Please see Attachment A, attached hereto and incorporated by reference.

located in the     **Northern**     District of     **California**    , there is now concealed *(identify the person or describe the property to be seized):*

Please see Attachment B, attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

   ☑ evidence of a crime;

   ☑ contraband, fruits of crime, or other items illegally possessed;

   ❏ property designed for use, intended for use, or used in committing a crime;

   ❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking. |
| 18 U.S.C. § 1956 | Money Laundering. |
| 21 U.S.C. § 841 | Distribution of Controlled Substances. |

The application is based on these facts:

Please see Affidavit of Special Agent Michael Mitchell, which is attached hereto and incorporated by reference.

   ☑ Continued on the attached sheet.

   ❏ Delayed notice of _____ days (give exact ending date if more than 30 days _____ ) is requested
       under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Michael Mitchell

_____
*Applicant's signature*

Special Agent Michael Mitchell, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric I Long

Date:   9/6/2018

_____
*Judge's signature*

City and state:   Urbana, Illinois

ERIC I. LONG, Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Michael F. Mitchell, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a search warrant for content and records associated with the Google, Inc. account motherday201720172016@gmail.com (hereafter the SUBJECT ACCOUNT), which are stored at premises owned, maintained, controlled, or operated by Google, Inc., an electronic service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043.   The information and accounts to be searched are described in the following paragraphs and in Attachments A and B.  This affidavit is made in support of an application for a search warrant to require Google, Inc., to disclose to the government records and other information in its possession pertaining to the subscribers or customers associated with the accounts referenced in this affidavit and further in Attachment A, including contents of the communications.

2.      As a result of the investigation described more fully below, there is probable cause to believe that evidence, fruits, and instrumentalities of violations of federal laws, including 18 U.S.C. 371, 1952, and 1591, are contained in the SUBJECT ACCOUNT.

3.      I am a Special Agent (SA), with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Resident Agent in Charge

in Springfield, Illinois.  I have been employed as a Special Agent for over twenty years. As part of my daily duties as an ICE agent, I investigate criminal violations relating to merchandise or individuals that cross the international border and crimes that affect interstate and foreign commerce such as human trafficking.  I have received training in the area of Customs Law, Immigration Law, and computer forensics.  I have conducted over 300 computer forensics exams since I began conducting computer forensics in 1995.

4.      I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, sex trafficking offenses enumerated in Title 18, United States Code, Section 1591 *et seq*. As an HSI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

5.      This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing search warrants, I have not included each and every fact known to me concerning this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. I have set forth only the facts that I believe are necessary to establish probable cause that to believe that evidence of the offenses described below as described in Attachment B are stored electronically by Google, associated with the SUBJECT ACCOUNT described in Attachment A.

## DEFINITIONS

6.    The following definitions apply to this Affidavit and its Attachments:

a.   The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

b.   The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

c.   "Internet Service Providers" (ISPs), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment.

d.   "Internet Protocol address" (IP address), as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

e.   "Domain names" are common, easy to remember names associated with an IP address. For example, a domain name of "www.usdoj.gov" refers to

3

the IP address of 149.101.1.32.  Domain names are typically strings of alphanumeric characters, with each level delimited by a period.

    f.   "Website" consists of textual pages of information and associated graphic images.  The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

## INFORMATION THAT MAY BE AVAILABLE FROM GOOGLE, INC.

7.     From my training and experience, I have learned that Google, Inc. provides a variety of on-line services, including email access, to the public. Google, Inc. allows subscribers to obtain email accounts at the domain name "google.com."  Subscribers obtain an account by registering with Google, Inc. During the registration process, Google, Inc. asks subscribers to provide basic personal information, including subscriber's name, address or location, alternative email address, and the like. While Google, Inc. does not independently verify the accuracy of the information its subscribers provide during the registration process, it does retain that information.  Google, Inc. also maintains records of access to customer email accounts and email account transactions.

8.     I know that Google, Inc. offers 5 GB of free storage space per email address. This allows users to store a large amount of emails and other related content.  Google Drive (formerly known as Google Docs) is a free online "cloud" storage that allows users to share files with other individuals from any device.  With Google Drive, a user can share files in lieu of sending email attachments.  Google Drive also allows its users to access their email account(s), stored images, and other content at any time from any computer with Internet access.

9.      A Google, Inc. subscriber can also store files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Google, Inc.  From my training and experience, I know that evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files.

10.      In my training and experience, I have learned that email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in or session times and durations, the types of services utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account.  In addition, email providers often maintain records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access a specific email account.

11.      From my training and experience, I know that in some cases, email account users will communicate directly with Google, Inc. about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users.  Email providers typically retain records about such communications, including records of

5

contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. From my training and experience, I know that such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

12.     I know that Google email accounts (Gmail) are often accessed via the Internet and can be accessed on a variety of devices to include public computers, which can be readily accessible at libraries and Internet Cafés. I know that if a user accesses a Gmail account via the Internet, their messages may or may not be stored on the device used. It is likely that if a user deletes an email from his or her computer or mobile device that the email may still exist on the Google servers.

## STATUTORY AUTHORITY

13.     This investigation concerns alleged violations of 18 U.S.C. §§ 371, 1952, and 1591, relating to conspiracy, the use of a facility of interstate commerce in aid of racketeering enterprises, and sex trafficking.

> a.     **Conspiracy,** in violation of 18 U.S.C. § 371, prohibits two or more persons who conspire to commit any offense against the United States, specifically, use of a facility of interstate commerce in aid of racketeering enterprise, in violation of 18 U.S.C. § 1952, and one or more of such persons do any act to effect the object of the conspiracy.
>
> b.     **Use of a Facility of Interstate Commerce in Aid of Racketeering,** in violation of 18 U.S.C. § 1952(a)(3), prohibits a person who knowingly uses the mail or any facility of interstate or foreign commerce, with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity, specifically prostitution offenses in violation of Illinois state law and thereafter performs or attempts to perform an act to promote, manage,

establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of said unlawful activity.

c.     **Sex Trafficking,** in violation of 18 U.S.C. § 1591, prohibits a person who knowingly in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or who benefits, financially or by receiving anything of value, from participation in a venture, knowing or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act.

### PROBABLE CAUSE

14.     Beginning in October 2017, the Urbana Police Department (UPD) began an investigation of an individual believed to be trafficking women by force, fraud, and coercion to engage in commercial sex acts. This investigation led to the identification, arrest, and indictment of Franshon STAPLETON for four counts of Sex Trafficking, in violation of 18 U.S.C. § 1591, involving three women, identified in the indictment as Jane Does1, 2, and 3, Case No. 18-CR-20028-CSB-EIL, in the Central District of Illinois.

15.     During the course of this investigation, investigators identified two individuals, Katelyn CURTIS and Kamaal DUDLEY, who have conspired together and with STAPLETON to facilitate, promote, manage and carry on his prostitution enterprise. The Springfield Grand Jury superseded STAPLETON's indictment on August 7, 2018, charging STAPLETON, CURTIS, and DUDLEY with conspiracy, in violation of 18 U.S.C. § 371, and eleven counts of Use of a Facility in Interstate Commerce in Aid of a Racketeering Enterprise, in violation of 18 U.S.C. § 1952(a)(3)(A) and 2, Case No. 18-CR-

20028-SLD-EIL.  The original four sex trafficking charges alleged against STAPLETON remain.

**BACKPAGE**

16.    The website www.backpage.com ("Backpage") is notorious for being the internet's leading source of prostitution advertisements.   BackPage is a classified advertising website launched in 2004. It offers classified listings for a wide variety of products and services including automotive, jobs listings, and real estate. In 2011, BackPage was the second largest classified ad listing service on the Internet in the United States after Craigslist. BackPage became well-known to law enforcement beginning in 2011 for allegations that their adult services subsection was used for prostitution and human trafficking, particularly involving minors. In early 2017, BackPage removed the adult services subsection from their website in the United States, although said adult services simply moved to both the dating and massage sections of the site. On April 6, 2018, the Department of Justice along with multiple law enforcement partners seized BackPage, therefore the website is no longer operational. Law enforcement agents involved in this investigation conducted research on this website prior to April 6, 2018.

17.    One of the phone numbers identified on a cellphone lawfully seized when STAPLETON was arrested in November 2017 was (217) 600-1644.  Detectives located an ad on BackPage.com which had been posted on September 28, 2017, and listed a response phone as (217) 600-1644.  The ad was titled "**Invite Us Over**[house emoji] **For Some Fun** [100 emoji] **Babe** [smiley emojis] **Wouldn't Want To Miss This**[lips emoji] **- 23**" and the text of the ad stated "Grown Man Play Only.  Now law welcome.  Very Naughty Please NO Be

8

texts! All pics Are US We will COME to YOU ONLY if you can host (217) 600-1644. Text

US NOW! I'm RED. Friend is Heather. Double the Fun To your place only. Serious men

only Also my other 2 friend buddy's. Only to YOUR place." The ad showed a female with

red hair. The detectives believed that female to be R.M., the same female who was arrested

with STAPLETON on November 11, 2017. The ad showed three additional pictures of a

female with red hair, also believed to be R.M. In these pictures the female's face is obscured

because she either held a cellphone in front of her face or she is turned around. The IP

address associated with this ad is assigned to T-Mobile, who was unable to provide the

subscriber      information.      The      email      associated      with      this      ad      is

moneyman20172016@gmail.com.

18.      On or about January 24, 2018, the U.S. Attorney's Office issued a subpoena

to BackPage requesting records relating to 15 phone numbers that were identified by UPD

detectives through the examination of STAPLETON's Samsung J3 cellphone, including

phone numbers (217) 600-1644 and (219) 300-3285. BackPage provided records in

response to the subpoena on or about January 26, 2018.

## ANALYSIS OF BACKPAGE RECORDS

19.      SA Bowers reviewed the records that were provided by BackPage in

response to the subpoena. SA Bowers found an ad which was first posted on October 19,

2017, and was subsequently reposted 43 times (Post ID 80002267) through January 24,

2018. The      email      account      which      was      used      to      post      this      ad      was

moneyman20172016@gmail.com. The response phone number for this ad was (217) 600-

1644. This ad depicts a picture of a female with red hair holding a cellphone in front of her

face.  This picture seemed to match one of the pictures that were on the BackPage ad which was posted on September 28, 2017, and which was detailed in paragraph 17.

20.    A review of all data provided by BackPage in response to the subpoena showed that moneyman20172016@gmail.com was used to post or repost ads on BackPage.com over 160 times between August 1, 2017, through January 24, 2018.

### INTERVIEW WITH KAMAAL DUDLEY ON MAY 15, 2018

21.    On May 11, 2018, HSI agents began covert surveillance of individuals believed to be associated with STAPLETON, specifically using the telephone number 217-600-1644.  This surveillance led agents to an individual, later identified as Kamaal Dudley.

22.    On May 15, 2018, SA Trevor Waite interviewed this individual.  During the interview DUDLEY admitted to being the user of telephone number (217) 600-1644 for approximately the last year. DUDLEY admitted to running "lines" for Stapleton, utilizing the aforementioned number, as well as other numbers set up through a texting application on the phone for approximately two years.  DUDLEY stated this entailed posting advertisements for young women to Backpage and Skipthegames.com, among other websites, for the purposes of commercial sex acts.  The advertisements would include the aforementioned number as the number to contact for services. DUDLEY stated potential clients would contact him and he would arrange the date, time, and agreed price for the commercial sex act.   After arranging the commercial sex, DUDLEY would contact STAPLETON, pursuant to their agreement, with information about the client, the agreed upon price, and the services requested. DUDLEY stated STAPLETON would then contact the young women regarding the client.

23.     DUDLEY stated in return for running the "lines" DUDLEY would receive varying amounts of money from STAPLETON. DUDLEY stated that Stapleton took a cut of the proceeds and gave the young women varying amounts of funds, depending on how much they owed him.  DUDLEY claimed he did not have much interaction with the women, but denied seeing STAPLETON hit them, although he said STAPLETON yelled at them. DUDLEY stated he would meet STAPLETON up to two times per day to collect his portion of the proceeds, including as recently as May 15, 2018.

24.     DUDLEY stated while advertisements were being posted on Backpage, DUDLEY would average approximately twelve to fifteen clients per day who were referred to STAPLETON for services from the women on DUDLEY's "lines." DUDLEY stated after Backpage was shut down the number of clients that he referred to STAPLETON for services slowed to approximately four to five clients per day. DUDLEY stated he was currently running two "lines" for young women who work for STAPLETON. DUDLEY stated STAPLETON's girlfriend, CURTIS, also ran other "lines" for STAPLETON. DUDLEY was shown several photographs.  He identified STAPLETON, CURTIS, R.M., and several other females identified in this investigation as being involved in commercial sex acts.

## ANALYSIS OF DUDLEY'S CELLULAR TELEPHONES

25.     On or about May 18, 2018, DUDLEY's cellphone was searched pursuant to a federal search warrant.   Upon providing this device to law enforcement, DUDLEY admitted that he'd had the phone for approximately one year.  The telephone number for this device, 217-600-1644, has been identified in over 1,100 advertisements since August

2017 on various websites notorious for exploiting women for purposes of commercial sex acts, including BackPage, skipthegames.com, callescort.com, and others.

26.     There are a total of 297 SMS messages between STAPLETON and DUDLEY arranging for commercial sex acts.

27.     For example, on January 18, 2018, DUDLEY sent STAPLETON a message about the pictures of females used for prostitution (referred to as "hoes"). DUDLEY states, "Man these hoes pics too fucking good" and STAPLETON responds, "Fuck ya."

28.     On that same day, advertisements were identified on backpage.com and callescort.com with DUDLEY's telephone number.  The images posted to these ads were identical to images located on DUDLEY's cellphone.

29.     The next day, on January 19, 2018, STAPLETON asks if DUDLEY posted the advertisements, "Post ad Brodie. I got cha."  DUDLEY confirms that he did, "I did."

30.     On February 17, 2018, DUDLEY asks STAPLETON if Jane Doe2 is available. STAPLETON responds affirmatively, "Send him up."

31.     Several text messages between DUDLEY and STAPLETON discuss "bussin moves" and ask if a particular woman is available.  In this context, I know that "bussin moves" refers to whether a woman is available for a commercial sex act at that time.

32.     Further analysis of the phone showed an account that was associated with the phone, "motherday201720172016@gmail.com."  That account was saved in the phone and setup for GMAIL, Google Drive, Google Photos.

**MOTHERDAY201720172016@gmail.com**

33.     SA Mitchell was able to locate 45 emails stored in the phone (217-600-1644)

belonging to Kamaal DUDLEY.

34.     On September 12, 2017 there was an email from

support@relay2.backpage.com to motherday201720172016@gmail.com with the subject

line "backpage.com new account: motherday201720172016@gmail.com." The content of

the email included a link to activate the account and the  following welcome message:

> *"Welcome to backpage.com [http://backpage.com] An account has just been created for*
> *motherday201720172016@gmail.com."*

35.     On January 29, 2018 there was an email sent from

notifications@p.pinger.com Texfree to motherday201720172016@gmail.com with the

following subject line: "Welcome to Textfree!"  The content of the email included the

following:

> *"Hey, Please verify this email address for your Textfree account."*

36.     On February 1, 2018 there was an email sent from noreply@go-text.me

Textme  to  motherday201720172016@gmail.com  with  the  following  subject  line:

"Welcome to TextMe."  The content included an account verification and registration

link.

37.     On February 21, 2018 there was an email sent from noreply@textnow.me to

motherday201720172016@gmail.com with the following subject line: "You will lose your

phone number soon."  The content of the email included the following message:

> *"Don't lose your phone number!*

*Don't forget to send a message or call one of your contacts to make sure you don't lose your number, (217) 610-3496."*

38.    SA Mitchell searched the online sites for any ads associated with the phone number 217-610-3496, mentioned in the email described in paragraph 37 above.  SA Mitchell located 27 ads posted for the Champaign/Urbana, Illinois area on Adultlook, skipthegames, and backpage between January 16, 2018 and June 8, 2018.

39.    On February 21, 2018 there was an email from notifications@p.pinger.com Textfree to motherday201720172016@gmail.com with the following subject line: "Reminder: Inactive Numbers Can Expire."  The content of the email included the following message:

> *"Hey motherday201720172016,Your Textfree number ((312) 219-3217) hasn't been used for 7 days.*
> *Remember, we reclaim inactive numbers after 30 days. Use the app in the next few days to keep your number!*
> *- Team Textfree"*

40.    SA Mitchell searched the online sites for any ads associated with the phone number 312-219-3217, mentioned in the email described in paragraph 39 above.  SA Mitchell located 51 ads posted for the Chicago and Champaign/Urbana, Illinois area on Adultlook, skipthegames, and backpage.  There were eight (8) ads posted on July 8, 2016 then the remaining forty-three (43) were posted between January 18, 2018 and  June 8, 2018.

41.    On April 15, 2018 there was an email sent from sofia@skipthegames.com to motherday201720172016@gmail.com with the following subject line: "skipthegames.com Welcome Letter."  The content of the email is as follows:

**Body:**

Hi there,

Welcome toskipthegames.com [http://skipthegames.com] .

To login to the site, use your email address:Motherday201720172016@gmail.com [mailto:Motherday201720172016@gmail.com] password: kamaalkamaal  You can login at any time by going here:https://skipthegames.com/account.

You can easily repost any of your saved ad templates, delete any of your currently posted ads, and modify all your information right from your my account page athttps://skipthegames.com/account

If you have any questions/comments about the site or ideas about how we can improve, please don't hesitate to email me atsofia@skipthegames.com [mailto:sofia@skipthegames.com].

Best of luck with your clients,
Sofia Lenard
New Accounts Division

42.     On May 7, 2018 there was an email sent from messages@skipthegames.com to motherday201720172016@gmail.com with the following subject line: "Decatur.skipthegames.com response: Sara in 217 931." The content of the email includes the following message:

> "rogeorge1962@gmail.com [mailto:rogeorge1962@gmail.com] has sent you a message in response to your adhttp://chambana.skipthegames.com/female-escorts/sara-in-217-931-1240/138624598877onskipthegames.com [http://skipthegames.com]
> Hello sara would love to see that face picture and hear about your services, your will does and won't does and your rates please"

43.     SA Mitchell searched the online sites for any ads associated with the phone number 217-931-1240, mentioned in the email described in paragraph 42 above.  SA Mitchell located 126 ads posted for the Champaign/Urbana, Illinois area on Adultlook, callescort, skipthegames, and backpage between February 15, 2018 and   June 8, 2018.

## CONCLUSION

44.     I submit that this affidavit supports probable cause for a search warrant authorizing the search of the property described in Attachment A to seek the items described in Attachment B.

45.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that there have been violations of Title 18, U.S.C. § 371, 1592, and 1951, and that evidence of those violations exist and are located at the premises owned, maintained, controlled, or operated by Google, Inc., an electronic service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

## JURISDICTION

46.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711(3) and 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that - has jurisdiction over the offense being investigated."  18 U.S.C. § 2711(3)(A)(I).

47.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

FURTHER YOUR AFFIANT SAYETH NOT.

s/Michael Mitchell

_____
Michael F. Mitchell, Special Agent
Homeland Security Investigations

Subscribed and sworn to me this 6th day of September 2018.

s/Eric I Long

_____
ERIC I. LONG, Magistrate Judge
United States District Court

**ATTACHMENT A**
**PROPERTY TO BE SEARCHED**

This warrant applies to information associated with Google account motherday201720172016@gmail.com that is stored at premises owned, maintained, controlled, and/or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

**ATTACHMENT B**
**ITEMS TO BE SEIZED**

I.  **Information to be disclosed by Google, Inc.:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, Inc., Google, Inc. is required to disclose the following information to the government associated with Google account motherday201720172016@gmail.com

a.  The contents of all emails and instant messages stored in the specified account, including copies of emails and instant messages sent to and from the account, draft emails, the source and destination addresses associated with each email or instant message, the date and time at which each email or instant message was sent, and the size and length of each email or instant message;

b.  All records or other information regarding the identification of the email or instant messaging account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.      All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files to also include any Gmail/Google drive contents;

d.      All records pertaining to communications between Google, Inc., and any person regarding the account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government:

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of the statutes listed on the warrant involving the Google account motherday201720172016@gmail.com, including information pertaining to the following matters:

a.      Records related to violations of Title 18 U.S.C. § 371, 1592, 1952;

b.      Records relating to who created, used, or communicated with the account motherday201720172016@gmail.com; including records about their identities and whereabouts. Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

c.      Records relating to the identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws
<em>Name</em>

of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this certification is true and correct. I am employed by Google, Inc.

and my title is _____. I am qualified to authenticate the
<em>Title</em>

records attached hereto because I am familiar with how the records were created,

managed, stored, and retrieved. I state that the records attached hereto are true duplicates

of the original records in the custody of Google, Inc. The attached records

consist of : _____.
<em>Generally describe records (pages/CDs or DVDs/megabytes)</em>

I further state that:

a. all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly

conducted business activity of Google, Inc., and they were made by Google, Inc. as a

regular practice; and

b. such records were generated by Google, Inc.'s electronic process or system that

produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of Google, Inc. in a manner to ensure that they are true

duplicates of the original records; and

2.  the process or system is regularly verified by Google, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____

Date                                         Signature